DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. McCLINTOCK, Bar # 141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Appellant
JEFF LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | D.C. No. 1:09-cr-00273 LJO |
| v. | **ORDER** |
| JEFF LIVINGSTON, | |
| Defendant-Appellant. | |

Defendant JEFF LIVINGSTON's request for a stay is GRANTED, but not as requested. The self-surrender date now set for October 31, 2011 is reset. The new self-surrender date is Monday, November 7, 2011. That date will only change if the Ninth Circuit deems it appropriate to issue an emergency stay based on the filing of an emergency motion for release pending appeal with the United States Court of Appeals for the Ninth Circuit.

The Court takes exception in the Request To Stay Self-Surrender Date at page 2, lines 15-16 where in it is represented that the Court initially concluded that the issue on appeal raised a substantial question. There was extensive discussion on the record, and ultimately the Court made it clear that the "substantial question" was one of fact for the jury to decide, but that there was no substantial question on the legal admissibility of the evidence to the jury.

IT IS SO ORDERED.

**Dated:** October 30, 2011          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE