DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. M$^c$CLINTOCK, Bar # 141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Appellant
JEFF LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | D.C. No. 1:09-cr-00273 LJO |
| v. | **ORDER** |
| JEFF LIVINGSTON, | |
| Defendant-Appellant. | |

In light of the November 4, 2011, response of the United States Court of Appeals in this matter, *United States v. Jeff Livingston*, C.A. No. 11-10520, the self-surrender date now set for November 7, 2011, is stayed pursuant to Circuit Rule. This stay will remain in effect pending resolution of Mr. Livingston's appellate-level motion for release. If the Ninth Circuit grants release pending appeal, this stay shall continue in effect until resolution of that appeal. If the Ninth Circuit denies the motion for release pending appeal, this Court will then reset the self-surrender date unless the Circuit Order includes that aspect of the case.

IT IS SO ORDERED.

**Dated: November 7, 2011**     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE